IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Ana Ortiz, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09-cv-630 (GBL) |
| ) | |
| Fairfax County School Board, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER is before the Court for a show cause hearing. On January 21, 2010, the Court ordered Ms. Maura Ferman to appear before the Court and show cause to why she should not be held in contempt for failing to attend a scheduled deposition on January 12, 2010. Ms. Ferman failed to appear at the show cause hearing as ordered by the Court. Therefore, for the reasons stated in open court on Friday, February 12, 2010, it is hereby

ORDERED that Ms. Maura Ferman appear before this Court on Friday, March 5, 2010, at 10 a.m. and SHOW CAUSE as to why she should not be held in contempt for failing to attend a scheduled deposition on January 12, 2010 and for failing to attend the February 12, 2010, show cause hearing. It is further

ORDERED that this Order serves as notice to Ms. Ferman that **a failure to appear before the Court on March 5, 2010, at 10 a.m.**

as ordered may result in her arrest. Ms. Ferman may wish to consult an attorney regarding her rights and obligations in light of the Court's Order. It is further

ORDERED that Plaintiff's counsel is responsible for making sure that Ms. Ferman is properly served this Order, be it by personal service or posted service.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 17th day of February, 2010.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia